U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| NAUTILUS INSURANCE COMPANY v. CHICAGO BULK CARRIERS, INC. d/b/a ILLINOIS DISPOSAL COMPANY, CHICAGO TRANSIT AUTHORITY, KARRY WILLIAMS, and ELIZA WILLIAMS | FILED: JULY 17, 2008<br>08CV4079<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE ASHMAN<br>RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NAUTILUS INSURANCE COMPANY

| NAME (Type or print) |
|---|
| Perry M. Shorris |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Perry M. Shorris |
| FIRM |
| Bollinger, Ruberry & Garvey |
| STREET ADDRESS |
| 500 W. Madison Ave., Ste. 2300 |
| CITY/STATE/ZIP |
| Chicago, IL 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6216843 | 312-466-8000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐