U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    Case Number: 08 cv 04079
Nautilus Insurance Company
vs.
Chicago Bulk Carriers, Inc. d/b/a Illinois Disposal Company, Chicago Transit Authority, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chicago Transit Authority

| | |
|---|---|
| NAME (Type or print) Daniel G. Wills | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Daniel G. Wills | |
| FIRM Swanson, Martin & Bell, LLP | |
| STREET ADDRESS 330 N. Wabash Avenue, Suite 3300 | |
| CITY/STATE/ZIP Chicago, Illinois 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6204762 | TELEPHONE NUMBER 312.321.9100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☒ NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒ NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |