IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHICAGO BULK CARRIERS, INC., d/b/a ) <br> ILLINOIS DISPOSAL COMPANY, ) <br> CHICAGO TRANSIT AUTHORITY, ) <br> KARRY WILLIAMS, and ELIZA WILLIAMS, ) <br> ) <br> Defendants. ) | No. 08 cv 04079 |

## NOTICE OF FILING

TO: Perry Michael Shorris
Bollinger, Ruberry and Garvey
500 W. Madison Street
Suite 2300
Chicago, Illinois 60606-2511

PLEASE TAKE NOTICE that on the 15th day of August 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the Appearance for Chicago Transit Authority, a copy of which is herewith attached and served upon you.

By: /s/Daniel G. Wills
One of the Attorneys for Defendant
Chicago Transit Authority

Joseph P. Kincaid – 6202639
Daniel G. Wills - 6204762
SWANSON, MARTIN & BELL, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
312.321.9100

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 cv 04079 |
| | ) | |
| CHICAGO BULK CARRIERS, INC., d/b/a | ) | |
| ILLINOIS DISPOSAL COMPANY, | ) | |
| CHICAGO TRANSIT AUTHORITY, | ) | |
| KARRY WILLIAMS, and ELIZA WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

TO:  Perry Michael Shorris
     Bollinger, Ruberry and Garvey
     500 W. Madison Street
     Suite 2300
     Chicago, Illinois 60606-2511

The undersigned attorney, on oath, states that he has caused a copy of the foregoing document: **Appearance for Chicago Transit Authority** to be served via electronic and regular Mail to the attorney of record at his respective address as indicated above by depositing same in a U.S. mailbox located at 330 N. Wabash Avenue, Chicago, Illinois on this 15th day of August 2008 by 5:00 p.m. with postage prepaid.

By:  /s/Daniel G. Wills
     One of the Attorneys for Defendant
     Chicago Transit Authority

Joseph P. Kincaid – 6202639
Daniel G. Wills - 6204762
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue
Suite 3300
Chicago, Illinois 60611
312.321.9100
312.321.0990 (facsimile)