UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO. 08CV4079 |
| | ) | |
| CHICAGO BULK CARRIERS, INC. | ) | |
| ILLINOIS DISPOSAL COMPANY | | |
| CHICAGO TRAINSIT AUTHORITY | | |
| KARRY WILLIAMS, AND ELIZA | | |
| WILLIAMS | | |
| | ) | |
| Defendants | ) | |

## ANSWER TO COMPLAINT FOR DECLARATORY JUDGMENT BY NAUTILUS INSURANCE COMPANY

NOW COMES the Defendants, Karry and Eliza Williams, by and through his attorneys, HORWITZ, HORWITZ, AND ASSOCIATES, LTD., and in reply to the Complaint for Declaratory Judgment of Plaintiff, NAUTILUS INSURANCE COMPANY, state the following:

1. In response to paragraph 1 the defendants cannot deny or admit but demand strict proof thereof.

2. In response to paragraph 2 of the defendants cannot admit or deny but demand strict proof thereof.

3. In response to paragraph 3 of the complaint for declaratory judgment the defendants cannot admit or deny but demand strict proof thereof.

4. In response to paragraph 4 the defendant admits.

5. In response to paragraph 5 the defendant admits.

6. In response to paragraph 6 the defendants admit.

7. In response to paragraph 7 the defendants cannot admit or deny but demand strict proof thereof.

8. In response to paragraph 8 the defendants cannot admit or deny but demand strict proof thereof.

9. In response to paragraph 9 the defendants object because Proof of Service on Chicago Bulk Carrier speaks for itself.

10. In response to paragraph 10 the defendants object because Complaint filed by Karry and Eliza Williams speaks for itself.

11. In response to paragraph 11 defendants object because Complaint filed by Karry and Eliza Williams speaks for itself.

12. In response to paragraph 12 the defendants object because Third Party Complaint speaks for itself.

13. In response to paragraph 12 the defendants object because Proof of Service on CTA speaks for itself.

14. In response to paragraph the defendants object because Third Party Complaint speaks for itself.

15. In response to paragraph 15 the defendants object because Third Party Complaint speaks for itself.

16. In response to paragraph 16 the defendants cannot admit or deny but demand strict proof thereof.

17. In response to paragraph 17 the defendants cannot admit or deny but demand strict proof thereof.

18. In response to paragraph 18 the defendants cannot admit or deny but demand strict proof thereof.

19. In response to paragraph 19 the defendants cannot admit or deny but demand strict proof thereof.

20. In response to paragraph 20 the defendants cannot admit or deny but demand strict proof thereof.

21. In response to paragraph 21 the defendants cannot admit or deny but demand strict proof thereof.

22. In response to paragraph 22 the defendants cannot admit or deny but demands strict proof thereof.

23. In response to paragraph 23 the defendants cannot admit or deny but demand strict proof thereof.

24. In response to paragraph 24 the defendants cannot admit or deny but demand strict proof thereof.

25. In response to paragraph 25 the defendants cannot admit or deny but demand strict proof thereof.

26. In response to paragraph 26 the defendants cannot admit or deny but demand strict proof thereof.

27. In response to paragraph 27 the defendants cannot admit or deny but demand strict proof thereof.

28. In response to paragraph 28 the defendants cannot admit or deny but demand strict proof thereof.

29. In response to paragraph 29of the defendants object because it calls upon the plaintiff to formulate a legal conclusion, and is therefore improper and should be stricken.

30. In response to paragraph 30 the defendants cannot admit or deny but demand strict proof thereof.

31. In response to paragraph 31 the defendants object because Complaint filed by Karry and Eliza Williams speaks for itself.

32. In response to paragraph 32 the defendants cannot admit or deny but demand strict proof thereof.

33. In response to paragraph 33 the defendants object because Complaint filed by Karry and Eliza Williams speaks for itself.

34. In response to paragraph 34 the defendants cannot admit or deny but demand strict proof thereof.

35. In response to paragraph 35 the defendants cannot admit or deny but demand strict proof thereof.

36. In response to paragraph 36 the defendants cannot admit or deny but demands strict proof thereof.

37. In response to paragraph 37 the defendants cannot admit or deny but demand strict proof thereof.

WHEREFORE, the Plaintiff prays that the Affirmative Defense be stricken and dismissed with prejudice, and for such other and further legal and equitable relief as this Honorable Court shall deem just and proper.

                                   s/Thomas A. Kelliher
                                   Thomas A. Kelliher
                                   **HORWITZ, HORWITZ AND ASSOCIATES, LTD.**
                                   25 E. Washington, Suite 900
                                   Chicago, Illinois 60602
                                   (312) 372-8822, fax: (312) 372-1673

I, the undersigned certify and state that on August 21, 2008 I electronically filed Defendants', Karry and Eliza Williams, Appearance with the Clerk of Courts using the CM/EMF system which will send notification of such filing(s) to the following: Michelle Adams, Daniel Dever, James Nyeste and Perry M Shorris and by depositing same in the U.S. Mail Chute at 25. E. Washington, Chicago, Illinois, at 5:00 P.M., by first class mail with proper postage prepaid.

                                   s/Thomas A. Kelliher